INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

**FILED**
05/05/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Maryetta Turpin

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Old National Bank

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.  3:23-cv-00078-RLY-MJD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

**FILED**
MAY 03 2023
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

## COMPLAINT FOR A CIVIL CASE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

I. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Money that the bank Old National Bank and Simpsons Grocery store refuses to return to me

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual:
    The plaintiff, *(name)* Maryetta Turpin, is a citizen of the State of *(name)* Indiana, OR is a citizen of *(foreign nation)* _____

    b. If the plaintiff is a corporation, partnership, or other entity:
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
      The defendant, (name) _____, is a citizen of the State of (name) _____, OR is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation, partnership, or other entity:
      The defendant, (name) Old National Bank, is incorporated under the laws of the State of (name) Indiana, and has its principal place of business in the State of (name) _____.
      Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

   $62,697.00

II. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Maryetta Turpin
   Street Address: 306 Cass Ave
   City and County: Evansville Vanderburgh
   State and Zip Code: 47713 Indiana
   Telephone Number: (812) 423-1591
   E-mail Address:

#2 Defendant also involved in civil case:

Name: Simpsons Grocery Store
State of Indiana

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Old National Bank
- Job or Title *(if known)*: Bank
- Street Address: 961 Washington Ave
- City and County: Evansville, Vanderburgh
- State and Zip Code: Indiana 47713
- Telephone Number: (812) 465-7461
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Simpsons Foods + Grocery
- Job or Title *(if known)*: Grocery Store
- Street Address: 1365 Covert Ave
- City and County: Evansville, Vanderburgh
- State and Zip Code: Indiana 47714
- Telephone Number: (812) 477-5341
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I went downtown to my states civic county courts and filed charges against an ex employee that was no longer working at my establishment of business. I also filed against Old National Bank and Simpsons Grocery store allowing checks to be cashed into which they were stolen and forged checks without my acknowledgement or permission. I went through court proceedings into which the plead guilty to theft and forgery afterwards I went to Indianapolis and filed a claim unto which they denied cause they were not taking sides. I also have witnesses pertaining and they closed my case without my knowledge or consent. I felt that I should've been notified of the closing and outcome of my case. I am filing this civil suit for the reimbursement of my monies that was unlawfully stolen from me and Old National and Simpsons Grocery are refusing to do this. She stole and forged my name and signiture on checks on the top and bottom, she basically filled out the whole check and amount paid.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The situation that took place broke me down mentally & physically. I got behind on my daily and monthly bills as well as providing for my family. It took an emotional toll on me not knowing what to do next as far as my normal day to day activities and responsibilities in my life.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-5-23

Signature of Plaintiff: Mary E Turpin