UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARYETTA TURPIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00078-RLY-CSW |
| | ) |
| OLD NATIONAL BANK and | ) |
| SIMPSONS GROCERY STORE, | ) |
| | ) |
| Defendants. | ) |

**ENTRY ADOPTING REPORT AND RECOMMENDATION**

On January 3, 2024, Magistrate Judge Wildeman recommended the court dismiss Plaintiff Maryetta Turpin's complaint against Defendants Old National Bank and Simpsons Grocery Store for failure to prosecute. Plaintiff did not object to this disposition within the 14-day period imposed by Federal Rule of Civil Procedure 72(b)(2). Accordingly, the court reviews the report and recommendation for clear error. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After reviewing the recommendation and the record, the court finds no clear error. Thus, Magistrate Judge Wildeman's Report and Recommendation (Filing No. 11) is **ADOPTED**. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b). Final judgment shall issue by separate order.

**IT IS SO ORDERED** this 18th day of January 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Mail to:

Maryetta Turpin
3069 Cass Avenue
Evansville, Indiana 47713