UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARYETTA TURPIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cv-00078-RLY-CSW |
| ) | |
| OLD NATIONAL BANK and ) | |
| SIMPSONS GROCERY STORE, ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

Today, the court dismissed this action. In doing so, the court resolved all the outstanding issues in the case. Consequently, the court now issues final judgment in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 18th day of January 2024.

Roger A.G. Sharpe, Clerk

BY: ___Jina M. Doyle___

Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Mail to:

Maryetta Turpin
3069 Cass Avenue
Evansville, Indiana 47713

1